**Order filed January 23, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00071-CV

_____

## IN THE INTEREST OF A.T., A MINOR CHILD

---

### On Appeal from the 246th District Court
### Harris County, Texas
### Trial Court Cause No. 2012-38393

---

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue

The notice of appeal was filed January 3, 2014. Appellant has established indigence or is presumed to be indigent. *See* Tex. R. App. P. 20.1(a). The clerk's record and reporter's record were due within **10 days** after the notice of appeal was filed. *See* Tex. R. App. P. 35.1(b); 28.4(a)(1). The records have not been filed.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within **180 days** of the date the notice of appeal is

filed. *See* Tex. R. Jud. Admin. 6.2(a). The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). The trial court **must** direct the court reporter to immediately commence the preparation of the reporter's record and **must** arrange for a substitute reporter, if necessary. *See* Tex. R. App. P. 28.4(b)(1).

Because the clerk's record and the reporter's record have not been filed timely in this accelerated appeal, we issue the following order:

We order M. Jenine Redden, the official court reporter, to file the record in this appeal **on or before February 3, 2014.** If she does not timely file the record as ordered, the court will issue an order requiring her to appear at a hearing to determine why the record has not been filed. We further order Chris Daniel, Harris County District Clerk to file the clerk's record in this appeal **on or before February 3, 2014.**

PER CURIAM